AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

DENNIS DELMAR SHARP

# WARRANT FOR ARREST

CASE NUMBER: 07-370-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DENNIS DELMAR SHARP___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition

charging him or her with (brief description of offense)

RECEIPT OF CHILD PORNOGRAPHY

in violation of Title __18__ United States Code, Section(s) __2252A(a)(2)__.

DEBORAH A. ROBINSON
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

JUL 19 2007
Date and Location

Signature of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
District of Columbia

Bail fixed at $ __H10DB__   by __Robinson__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/20/07 | D.L. BALDWIN SDUSM - USMS | SB |
| DATE OF ARREST 07/20/07 | | |

135 3933