IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 2007-0370M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS D. SHARP, | ) | **NOTICE OF APPEARANCE** |
| | ) | **OF COUNSEL** |
| Defendant. | ) | |

Now comes Jeffrey T. Green and hereby enters his appearance as local counsel on behalf of Defendant in the above-entitled and numbered cause.

Respectfully submitted,

JEFFREY T. GREEN (426747)
Local Counsel
Sidley Austin, LLP
1501 K Street NW
Washington, D.C. 20005-1401
(202) 736-8291
jgreen@sidley.com

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served this 9th day of August, 2007, to Jeffrey Pearlman, Esq., Office of the United States Attorney, 555 Fourth Street, NW, room 10-447, Washington, D.C. 20530.

_____
IAN N. FRIEDMAN
Lead counsel for Defendant


_____
JEFFREY T. GREEN
Local counsel for Defendant