**FILED**

SEP 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | Criminal No. 2007-0370M |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS D. SHARP, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

### [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

For good cause shown, attorney Ronald L. Frey's Application for Admission

*Pro Hac Vice* is well taken, good cause has been shown, and the Application is therefore

granted.

Wherefore, it is this _10_ day of _Sept._ , 2007 hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Ronald L. Frey

before this Court is **GRANTED**.

Dated: _____

_____
Judge
United States District Court
For the District of Colombia