UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0370M-01 (CR) |
| **DENNIS D. SHARP,** | : | VIOLATION: 18 U.S.C. § 2252A(a)(5) |
| **Defendant.** | : | (Certain Activities Relating to Material |
| | : | Constituting or Containing Child |
| | : | Pornography) |

## INFORMATION

The United States Attorney charges:

On or about July 19, 2007, in the District of Columbia, **DENNIS D. SHARP** knowingly possessed items of child pornography, as defined in 18 U.S.C. § 2256, which items were transported in interstate or foreign commerce by computer, and which items were produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including computer.

(**Certain Activities Relating to Material Constituting or Containing Child Pornography**, in violation of Title 18, United States Code, Sections 2252A(a)(5))

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia
Bar No. 498610

By: _____
Jeff Pearlman
D.C. Bar # 466901
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room 4231
Washington, D.C. 20530
(202) 353-2385