UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 07-231 |
| | : | Judge Colleen Kollar-Kotelly |
| DENNIS D. SHARP | : | **FILED** |
| Defendant | : | OCT - 2 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The probation office shall file its Presentence Report by no later than <u>DECEMBER 14, 2007</u>.

The parties shall file its Memorandum in Aid of sentencing by no later than <u>JANUARY 4, 2008</u> and it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on <u>JANUARY 18, 2008</u> 9:30 A.M.

IT IS SO ORDERED,

Date: Oct. 2, 2007

_____
Colleen Kollar-Kotelly
United States District Judge

cc:   Chambers
      Files
      Probation
      Jeffrey Pearlman, AUSA
      Ian Friedman, Esq.,

(N)