CO-526 ⊛
(12/86)

**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OCT - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                            )
                            )
            vs.             )    Criminal No. _O7-23.1_
                            )
                            )
_Dennis D. Sharp_           )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                    Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
              Judge