AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

———————— DISTRICT OF ————————

**FILED**

OCT - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-231

I, _Dennis D. Sharp_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _October 2, 2007_ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer