UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No. ~~07-0370M~~ 07-231 |
| : | |
| : | |
| Dennis D. Sharp : | |

**FILED**

OCT - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**STATEMENT OF OFFENSE**

The parties in this case, the United States of America and the defendant, Dennis Sharp, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that the defendant committed the offenses to which he is pleading guilty.

In April 2006, Immigration and Customers Enforcement ("ICE") initiated an investigation into a criminal organization operating numerous commercial child pornography websites. The organization processes the payments and access to the member restricted websites using PayPal, a service that enables individuals or businesses with email addresses to send and receive payments online. PayPal identifies its accounts through contact email addresses and various other personal or business information provided by the account holder, and maintains transactional records for each PayPal account. ICE agents made multiple undercover transactions for access to child exploitation member-restricted websites and identified a specific group of PayPal accounts used to facilitate customer payments to specific child exploitation member-restricted websites. An analysis of the transactional logs provided the names and addresses of various customers that purchased access to one of the child pornography websites identified by the investigation.

As a result, ICE learned that on November 13, 2006, the defendant paid $94.95 to access a

member-restricted website that enabled members to download images depicting lascivious displays of female minors' genitalia and female minors engaged in sexually explicit conduct with adult males. On December 4, 2006, the defendant paid $99.95 to access a member-restricted website that enabled members to download images depicting lascivious displays of female minors' genitalia and female minors engaged in sexually explicit conduct with adult males.

On July 19, 2007, members of the Metropolitan Police Department Regional Internet Crimes Against Children Task Force executed a search warrant at the defendant's residence at 713 D Street, NE, Washington, D.C., and confiscated among other items a Gateway Laptop Computer and a box containing approximately 330 individual white sheets of paper with printed images containing child pornography. Law enforcement identified from the defendant's computer approximately 530 digital images of child pornography and 120 videos containing child pornography. Included in these movie files and images were depictions of prepubescent female children and infants with adult males' penises in their mouths, and depictions of prepubescent female children being vaginally penetrated by adult males' penises. Examples include (1) a movie file with the file name "1YO_Stephanie," which depicts an apparently one-year old infant being vaginally penetrated by an adult male's penis; (2) a movie file with the file name "xvi0007," which depicts a female child apparently under the age of ten masturbating an adult male's penis while receiving instruction on how to do so; (3) a movie file with the file name "xvi0040," which depicts a lethargic, drugged-looking female child under the age of twelve with an adult penis in her mouth; and (4) a movie file with the file name "4YO_Slut," which depicts an apparently four-year old female child being vaginally penetrated by objects.

At the time of the search warrant, the defendant agreed to an interview and admitted that the computer on which the various child pornographic images were found was his, and that he used the computer to download and view the images.

_____  
Jeff Pearlman  
Assistant United States Attorney

_____  
Ian Friedman, Esq.  
Attorney for Defendant

_____  
Dennis Sharp  
Defendant

___10/2/07_____  
Date

___10/2/07_____  
Date