IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 07-CR-00231 |
| | ) | |
| Plaintiff, | ) | JUDGE COLLEEN KOLLAR-KOTELLY |
| | ) | |
| vs. | ) | |
| | ) | |
| DENNIS D. SHARP, | ) | **NOTICE OF INTENT TO FILE REPLY BRIEF** |
| | ) | |
| Defendant. | ) | |
| | ) | (ORAL HEARING REQUESTED) |

Now comes the Defendant, Dennis Sharp, by and through undersigned counsel, Ian N. Friedman & Associates, L.L.C., and hereby respectfully submits notification to this Honorable Court of Mr. Sharp's intent to file a Reply Brief to the Government's Response to Defendant's Motion for Release Pending Sentencing, per Local Criminal Rule 47(d). Respectfully, said reply is warranted as the Government's Response to Defendant's Motion for Release Pending Sentencing mischaracterizes several key factors for consideration including, but not limited to: the nature of sexually obsessive compulsive behavior, rehabilitation, Defendant's treatment plan, and the purpose behind Defendant's initial motion. Furthermore, counsel requests an oral hearing to submit pertinent evidence and to ensure a complete and accurate record.

Respectfully submitted,

/s/ Ian N. Friedman
IAN N. FRIEDMAN (0068630)
Lead Counsel for Defendant
Ian N. Friedman & Associates, L.L.C.
700 West St. Clair Avenue, Suite 110
Cleveland, OH 44113
(216) 928-7700

/s/ Jeffrey T. Green
Jeffrey T. Green (426747)
Local Counsel
Sidley Austin LLP
1501 K Street NW
Washington, D.C. 20005-1401
(202) 736-8291

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served this 11th day of October, 2007, to Jeffrey Pearlman, Esq., Office of the United States Attorney, 555 Fourth Street, NW, room 10-447, Washington, D.C. 20530.

/s/ Ian N. Friedman
IAN N. FRIEDMAN
Lead Counsel for Defendant

/s/ Jeffrey T. Green
JEFFREY T. GREEN
Local Counsel for Defendant