UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DENNIS D. SHARP,<br><br>  Defendant. | Crim. Action No. 07-231 (CKK) |

**FILED**
OCT 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(October 23, 2007)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 23rd day of October, 2007, hereby

ORDERED that Defendant's [25] Motion for Release Pending Sentencing is DENIED.

Date:   October 23, 2007

                                            /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge

(N)