**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Crim. Action No. 07-231 (CKK) |
| v. | |
| DENNIS D. SHARP, | |
| Defendant. | |

**ORDER**
(January 14, 2008)

On October 5, 2007, Defendant filed a [26] Supplement to Motion for Release Pending Sentencing, which contains a forensic psychological evaluation performed by Jennifer L. Marshall, Clinical Psychologist.  On January 7, 2008, Defendant filed an Amended Memorandum in Support of Sentencing wherein he requested that the Supplement be placed under seal.  In the interests of protecting Defendant's privacy rights, it is hereby

**ORDERED** that Defendant's [26] Supplement to Motion for Release Pending Sentencing shall be placed under seal until further Order of the Court.

**SO ORDERED.**

                                                        _/s/_
                                                        COLLEEN KOLLAR-KOTELLY
                                                        United States District Judge