HONORABLE COLLEEN KOLLAR-KOTELLY UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: <u>CR-07-231-01</u>

vs. : SSN: __ __

Sharp, Dennis D. : Disclosure Date: <u>December 14, 2007</u>

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          12/18/07
**Prosecuting Attorney**                **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
**Defendant**       **Date**           **Defense Counsel**     **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>December 28, 2007</u> to U.S. Probation Officer **Michael Penders**, telephone number <u>(202) 565-1379</u> fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Acting Chief
      United States Probation Officer

Receipt and Acknowledgment                                      Page 2

Cover Pg ⓘ "released on 10/24/07" should be 7/24/07
⑯ Suggest "And we concur that the defendant's computer contained
250 images of child pornography"
㊸ Total offense level is 25

Signed by: _____ /s/ _____
(Defendant/Defense Attorney/AUSA)
Date: 12/18/07