IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 07-CR-00231 |
| | ) | |
| Plaintiff, | ) | JUDGE COLLEEN KOLLAR-KOTELLY |
| | ) | |
| vs. | ) | |
| | ) | **MOTION FOR EXTENSION TO** |
| DENNIS D. SHARP, | ) | **REPLY TO THE GOVERNMENT'S** |
| | ) | **BRIEF** |
| Defendant. | ) | |
| | ) | (Oral Hearing Requested) |

Now comes the Defendant, Dennis D. Sharp, by and through the undersigned counsel, Ian N. Friedman & Associates, L.L.C., and local counsel, Jeffrey T. Green, and hereby moves this Honorable Court to extend or grant leave to file a Response to the Government's Memorandum Submitting Certified Transcript in Lieu of Live Testimony in Support of Victim Impact Statement. The reason for this motion is set forth fully in the accompanying Memorandum in Support attached hereto.

Respectfully submitted,

/s/ Ian N. Friedman
IAN N. FRIEDMAN (0068630)
Lead Counsel for Defendant
Ian N. Friedman & Associates, L.L.C.
700 West St. Clair Avenue, Suite 110
Cleveland, OH 44113
(216) 928-7700
ifriedman@inflaw.com

/s/ Jeffrey T. Green
Jeffrey T. Green (426747)
Local Counsel
Sidley Austin LLP
1501 K Street NW
Washington, D.C. 20005-1401
(202) 736-8291
jgreen@sidley.com

## CERTIFICATE OF SERVICE

A copy of the foregoing has been electronically filed and served this 29th day of February, 2008, to Jeffrey Pearlman, Esq., Office of the United States Attorney, 555 Fourth Street, NW, room 10-447, Washington, D.C. 20530.

                                                        /s/ Ian N. Friedman
                                                        IAN N. FRIEDMAN
                                                        Lead Counsel for Defendant

                                                        /s/ Jeffrey T. Green
                                                        JEFFREY T. GREEN
                                                        Local Counsel for Defendant

## **MEMORANDUM IN SUPPORT**

On February 27, 2008, the law office of Ian N. Friedman & Associates, L.L.C., received an e-mail from the office of Sidley Austin LLP, making reference to the order filed by this Honorable Court as indicated in the docket entry dated February 25, 2008. Not aware of any such motion, Attorney Friedman checked the on-line docket entries. The docket which is attached hereto (Ex. A), did not contain an entry for the particular filing by the government. This Honorable Court did issue an order which was docketed on February 25, 2008, requiring undersigned counsel to file a response no later than "close of business on February 29, 2008." (Ex. A)

On February 28, 2008, Counsel Friedman contacted AUSA Jeffrey Pearlman to obtain information pertaining to the pleading. It was learned at that point that a copy had not been served upon Counsel Friedman. It seems that because the pleading was filed under seal, a copy was not forwarded to Friedman. AUSA Pearlman immediately forwarded a copy via e-mail to counsel Friedman. (Please see e-mail attached hereto as Ex. B) The e-mail was forwarded on February 28, 2008, at 4:16 p.m. (Ex. B)

In light of the recent receipt, counsel on behalf of Mr. Sharp now moves this Honorable Court to extend the date for the filing of the defendant's reply brief. Clearly, counsel will be unable to complete a comprehensive brief under the current deadline. AUSA Pearlman does not object to the extension of the reply date and has been advised electronically of this request.

**WHEREFORE**, undersigned counsel moves this Honorable Court to extend the date and time in which to file the defendant's response to the Government's Memorandum Submitting Certified Transcript in Lieu of Live Testimony in Support of Victim Impact Statement.

                            Respectfully submitted,

                            */s/ Ian N. Friedman*
                            IAN N. FRIEDMAN (0068630)
                            Lead Counsel for Defendant
                            Ian N. Friedman & Associates, L.L.C.
                            700 West St. Clair Avenue, Suite 110
                            Cleveland, OH 44113
                            (216) 928-7700
                            ifriedman@inflaw.com

                            */s/ Jeffrey T. Green*
                            Jeffrey T. Green (426747)
                            Local Counsel
                            Sidley Austin LLP
                            1501 K Street NW
                            Washington, D.C. 20005-1401
                            (202) 736-8291
                            jgreen@sidley.com

District of Columbia live database
Case 1:07-cr-00231-CKK   Document 38   Filed 02/29/2008   Page 5 of 13
Page 1 of 8

CAT A

# U.S. District Court
## District of Columbia (Washington, DC)
### CRIMINAL DOCKET FOR CASE #: 1:07-cr-00231-CKK-1

Case title: USA v. SHARP  
Magistrate judge case number: 1:07-mj-00370-DAR

Date Filed: 09/10/2007

Assigned to: Judge Colleen Kollar-Kotelly

**Defendant (1)**  
**DENNIS D. SHARP**

represented by **Jeffrey T. Green**  
SIDLEY AUSTIN LLP  
1501 K Street, NW  
Washington, DC 20005  
(202) 736-8291  
Fax: (202) 736-8711  
Email: jgreen@sidley.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Michelle M. Peterson**  
FEDERAL PUBLIC DEFENDER FOR D.C.  
625 Indiana Avenue, NW  
Suite 550  
Washington, DC 20004-2923  
(202) 208-7500  
Fax: (202) 208-7515  
Email: shelli_peterson@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:2252A(a)(5); ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO; Certain Activities Relating to Material Constituting or

**Disposition**



Containing Child Pornography
(1)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT filed in violation of 18:2252A(a)(2). | |

**Plaintiff**

USA    represented by **Jeffrey Pearlman**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 10-447
Washington, DC 20530
(202) 353-2385
Email: jeffrey.pearlman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2007 | 1 | COMPLAINT as to DENNIS D. SHARP (1). (Attachments: # 1 Statement of Facts) (tnr, ) [1:07-mj-00370-DAR] (Entered: 07/20/2007) |
| 07/20/2007 | | ORAL MOTION to Appoint Counsel by DENNIS D. SHARP. (lm, ) [1:07-mj-00370-DAR] (Entered: 07/23/2007) |
| 07/20/2007 | | ORAL MOTION for Temporary Detention by USA as to DENNIS D. SHARP. (lm ) [1:07-mj-00370-DAR] (Entered: 07/23/2007) |
| 07/20/2007 | | Arrest of DENNIS D. SHARP (lm, ) [1:07-mj-00370-DAR] (Entered: 07/23/2007) |
| 07/20/2007 | 3 | Arrest Warrant Returned Executed on 7/20/07. as to DENNIS D. SHARP. (lm, ) [1:07-mj-00370-DAR] (Entered: 07/23/2007) |
| 07/20/2007 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson : Arrest Warrent dated 7/19/07 is returned executed. Initial |

| | | |
|---|---|---|
| | | Appearance as to DENNIS D. SHARP held on 7/20/2007. Oral Motion to Appoint Counsel Michelle Peterson -Federal Public Defender Office heard and granted; Oral Motion by USA for Temporary Detention (3 day hold) as to DENNIS D. SHARP heard and granted. Detention Hearing set for 7/24/2007 at 01:30 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. Bond Status of Defendant: Defendant held without bond; Defendant committed/commitment issued; Court Reporter: Pro-typists Defense Attorney: Michelle Peterson; US Attorney: Angela George. (lm, ) [1:07-mj-00370-DAR] (Entered: 07/23/2007) |
| 07/23/2007 | 2 | NOTICE OF ATTORNEY APPEARANCE: Michelle M. Peterson appearing for DENNIS D. SHARP (Peterson, Michelle) [1:07-mj-00370-DAR] (Entered: 07/23/2007) |
| 07/24/2007 | | MOTION to Withdraw request for detention by USA as to DENNIS D. SHARP. (lm, ) [1:07-mj-00370-DAR] (Entered: 07/27/2007) |
| 07/24/2007 | | MOTION to Exclude Time by DENNIS D. SHARP. (lm, ) [1:07-mj-00370-DAR] (Entered: 07/27/2007) |
| 07/24/2007 | | MOTION to Continue Preliminary Hearing by USA and DENNIS D. SHARP. (lm, ) [1:07-mj-00370-DAR] (Entered: 07/27/2007) |
| 07/24/2007 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson : Case called for Preliminary/Detention hearing but not held; Oral Motion to Exclude 15 days pursuant to the Speedy Trial Act in the interest of justice X-T as to DENNIS D. SHARP heard and granted. Oral Motion to Continue Preliminary Hearing heard and granted. Oral Motion to Withdraw request for Detention by USA as to DENNIS D. SHARP heard and granted; Defendant released in to the High Intensity Supervision Program. Preliminary Hearing set for 8/9/2007 at 01:45 PM in Courtroom 7 before Magistrate Judge Alan Kay. Bond Status of Defendant: Defendant released/release issued; Court Reporter: Pro-typists Defense Attorney: Michelle Peterson; US Attorney: Jeffrey Pearlman; (lm, ) [1:07-mj-00370-DAR] (Entered: 07/27/2007) |
| 07/24/2007 | 6 | WAIVER of Speedy Trial and written findings excluding 15 days by DENNIS D. SHARP (lm, ) [1:07-mj-00370-DAR] (Entered: 07/27/2007) |
| 07/24/2007 | 7 | ORDER Setting Conditions for High Intensity Supervision Program as to DENNIS D. SHARP; Government withdraws motion for detention hearing written and Signed by Magistrate Judge Deborah A. Robinson on 7/24/07. (lm ) . Additional attachment(s) added on 8/6/2007 (lm, ). Additional attachment(s) added on 8/6/2007 (lm, ). [1:07-mj-00370-DAR] (Entered: 07/27/2007) |
| 07/25/2007 | 4 | ENTERED IN ERROR.....NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Pearlman, Jeffrey added. Substituting for attorney Angela George (Pearlman, Jeffrey) Modified on 7/26/2007 (tnr, ). [1:07-mj-00370-DAR] (Entered: 07/25/2007) |
| 07/25/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: (4) Substitution of Counsel was entered in error as it should read Magistrate Case instead of |

| | | |
|---|---|---|
| | | Criminal Case. Counsel was instructed to refile said pleading with correction as to DENNIS D. SHARP. (tnr, ) [1:07-mj-00370-DAR] (Entered: 07/26/2007) |
| 07/26/2007 | 5 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Pearlman, Jeffrey added. Substituting for attorney Angela George (Pearlman, Jeffrey) [1:07-mj-00370-DAR] (Entered: 07/26/2007) |
| 08/09/2007 | 8 | NOTICE OF ATTORNEY APPEARANCE: Jeffrey T. Green appearing for DENNIS D. SHARP (Green, Jeffrey) [1:07-mj-00370-DAR] (Entered: 08/09/2007) |
| 08/09/2007 | 9 | ENTERED IN ERROR.....NOTICE OF ATTORNEY APPEARANCE: Jeffrey T. Green appearing for DENNIS D. SHARP , *Ian N. Friedman Appearing as Lead Counsel* (Green, Jeffrey) Modified on 8/10/2007 (tnr, ). [1:07-mj-00370-DAR] (Entered: 08/09/2007) |
| 08/09/2007 | 10 | ENTERED IN ERROR.....MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Ian N. Friedman. by DENNIS D. SHARP. (Green, Jeffrey) Modified on 8/10/2007 (tnr, ). [1:07-mj-00370-DAR] (Entered: 08/09/2007) |
| 08/09/2007 | 11 | ENTERED IN ERROR.....MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Ronald L. Frey. by DENNIS D. SHARP. (Green, Jeffrey) Modified on 8/10/2007 (tnr, ). [1:07-mj-00370-DAR] (Entered: 08/09/2007) |
| 08/09/2007 | 12 | ENTERED IN ERROR.....MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Kristina M. Walter. by DENNIS D. SHARP. (Green, Jeffrey) Modified on 8/10/2007 (tnr, ). [1:07-mj-00370-DAR] (Entered: 08/09/2007) |
| 08/09/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: (10) MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Ian N. Friedman, (11) MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Ronald L. Frey and (12) MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Kristina M. Walter were entered in error as a Certificate of Good Standing and Proposed Order must be attached. (9) Notice of Attorney Appearance - Ian Friedman was entered in error as (10) MOTION for Leave to Appear Pro Hac Vice must first be granted. Counsel was instructed to refile said pleadings as to DENNIS D. SHARP. (tnr, ) [1:07-mj-00370-DAR] (Entered: 08/10/2007) |
| 08/09/2007 | | ORAL MOTION by Defendant to Continue the Preliminary Hearing. (kk) [1:07-mj-00370-DAR] (Entered: 08/10/2007) |
| 08/09/2007 | | ORAL MOTION by Defendant to Exclude 30 Days in Computing the Time within which an Indictment must be Filed Pursuant to the Speedy Trial Act. (kk) [1:07-mj-00370-DAR] (Entered: 08/10/2007) |
| 08/09/2007 | | Minute Entry for Status Hearing as to DENNIS D. SHARP held before Magistrate Judge Alan Kay on 8/9/07 : Case called for Preliminary Hearing, but not held. The defendant has retained new counsel. Oral |

| | | |
|---|---|---|
| | | Motion by the Defendant to Continue the Preliminary Hearing to 9/5/07 at 1:45 PM before Magistrate Judge John M. Facciola in Courtroom 6, heard and granted. Oral Motion by Defendant to Exclude 30 days in Computing the Time within which an Indictment must be Filed Pursuant to the Speedy Trial Act, heard and granted in the Interest of Justice. Bond Status of Defendant: Defendant continued on Personal Recognizance Bond in the High Intensity Supervision Program. Court Reporter: Pro-Typists, Inc.; Ctrm. 7. Defense Attorney: Tony Miles for Michelle Peterson.; U.S. Attorney: Jeffrey Pearlman. (kk) [1:07-mj-00370-DAR] (Entered: 08/10/2007) |
| 08/15/2007 | 13 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Ian N. Friedman , Proposed Order and Certificate of Good Standing by DENNIS D. SHARP. (Green, Jeffrey) Modified on 8/16/2007 (tnr, ). [1:07-mj-00370-DAR] (Entered: 08/15/2007) |
| 08/15/2007 | 14 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Ronald L. Frey , Proposed Order and Certificate of Good Standing by DENNIS D. SHARP. (Green, Jeffrey) Modified on 8/16/2007 (tnr, ). [1:07-mj-00370-DAR] (Entered: 08/15/2007) |
| 08/15/2007 | 15 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Kristina M. Walter, Proposed Order and Certificate of Good Standing by DENNIS D. SHARP. (Green, Jeffrey) Modified on 8/16/2007 (tnr, ). [1:07-mj-00370-DAR] (Entered: 08/15/2007) |
| 08/15/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: 15 MOTION for Leave to Appear Pro Hac Vice:Attorney Name- Kristina M. Walter, 13 MOTION for Leave to Appear Pro Hac Vice:Attorney Name- Ian N. Friedman and 14 MOTION for Leave to Appear Pro Hac Vice:Attorney Name- Ronald L. Frey were edited to show that Proposed Orders and Certificates of Good Standing were filed with Motions as to DENNIS D. SHARP. (tnr, ) [1:07-mj-00370-DAR] (Entered: 08/16/2007) |
| 09/05/2007 | | ORAL JOINT MOTION for Speedy Trial Waiver as to DENNIS D. SHARP. (ldc, ) [1:07-mj-00370-DAR] (Entered: 09/05/2007) |
| 09/05/2007 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola : Case called for Preliminary Hearing but not held. Status Conference as to DENNIS D. SHARP held on 9/5/2007. Joint Oral Motion to exclude 15 days pursuant to the Speedy Trial Act in the interest of justice X-T heard and granted. Control Status Hearing set for 9/28/2007 09:30 AM in Courtroom 6 before Judge Magistrate Judge John M. Facciola. Bond Status of Defendant: Defendant remains on personal recognizance; Court Reporter: Pro Typist Defense Attorney: Ron Frey; US Attorney: Jeffrey Pearlman; (ldc, ) [1:07-mj-00370-DAR] (Entered: 09/05/2007) |
| 09/10/2007 | 16 | ORDER granting 13 Motion for Leave to Appear Pro Hac Vice as to DENNIS D. SHARP (1). Signed by Magistrate Judge John M. Facciola on 09/10/07. (ldc, ) [1:07-mj-00370-DAR] (Entered: 09/10/2007) |
| 09/10/2007 | 17 | ORDER granting 14 Motion for Leave to Appear Pro Hac Vice as to |

| | | |
|---|---|---|
| | | DENNIS D. SHARP (1). Signed by Magistrate Judge John M. Facciola on 09/10/07. (ldc, ) [1:07-mj-00370-DAR] (Entered: 09/10/2007) |
| 09/10/2007 | 18 | ORDER granting 15 Motion for Leave to Appear Pro Hac Vice as to DENNIS D. SHARP (1). Signed by Magistrate Judge John M. Facciola on 09/10/07. (ldc, ) [1:07-mj-00370-DAR] (Entered: 09/10/2007) |
| 09/10/2007 | 19 | INFORMATION as to DENNIS D. SHARP (1) on Count 1. (tnr, ) (Entered: 09/11/2007) |
| 09/25/2007 | | NOTICE OF HEARING as to DENNIS D. SHARP: Arraignment set and Plea Agreement Hearing set for 10/2/2007 10:45 AM in Courtroom 28A before Judge Colleen Kollar-Kotelly. (dot, ) (Entered: 09/25/2007) |
| 10/02/2007 | | Minute Entry for proceedings held before Judge Colleen Kollar-Kotelly: Arraignment as to DENNIS D. SHARP (1) Count 1 held on 10/2/2007. Defendant placed under oath for the plea. The Court accepted defendant's plea of guilty. Plea guilty entered by DENNIS D. SHARP (1) on Count 1. Case referred to Probation for Report. Defendant to file brief regarding Bond Status by 10/4/07. Government to file response by 10/9/07. Presentence Investigation Report due 12/14/07. Memo in Aid of Sentencing due by 1/4/08. Bond Hearing set for 10/10/2007 03:30 PM in Courtroom 28A before Judge Colleen Kollar-Kotelly. Sentencing set for 1/18/2008 09:30 AM in Courtroom 28A before Judge Colleen Kollar-Kotelly. (Bond Status of Defendant: Defendant Committed/Commitment Issued) (Court Reporter: Lisa Hand) (Defense Attorney: Ian Friedman; US Attorney: Jeffrey Pearlman) (hsj, ) (Entered: 10/04/2007) |
| 10/02/2007 | 21 | WAIVER of Right to Trial by Jury as to DENNIS D. SHARP. Approved by Judge Colleen Kollar-Kotelly on 10/2/07. (hsj, ) (Entered: 10/04/2007) |
| 10/02/2007 | 22 | WAIVER OF INDICTMENT by DENNIS D. SHARP. Signed by Judge Colleen Kollar-Kotelly on 10/2/07. (hsj, ) (Entered: 10/04/2007) |
| 10/02/2007 | 23 | PLEA AGREEMENT as to DENNIS D. SHARP. (hsj, ) (Entered: 10/04/2007) |
| 10/02/2007 | 24 | STATEMENT Of Offense as to DENNIS D. SHARP. (hsj, ) (Entered: 10/04/2007) |
| 10/03/2007 | | MINUTE ORDER as to DENNIS D. SHARP: After reviewing the record of October 2, 2007, Arraignment and Plea Hearing, the Court ordered that the Bond Hearing set for October 10, 2007 at 3:30 p.m. is hereby vacated. The briefing schedule set on 10/2/2007 shall remain, Defendant's brief due 10/4/2007; Government's response due 10/9/2007. Signed by Judge Colleen Kollar-Kotelly on 10/3/07. (dot, ) (Entered: 10/03/2007) |
| 10/03/2007 | 20 | ORDER as to DENNIS D. SHARP: Probation shall file its Presentence Report by 12/14/2007. Parties to file its Memorandum in Aid of sentencing by 1/4/2008. Sentencing set for 1/18/2008 09:30 AM in Courtroom 28A before Judge Colleen Kollar-Kotelly. Signed by Judge |

| | | |
|---|---|---|
| | | Colleen Kollar-Kotelly on 10/2/07. (dot, ) (Entered: 10/03/2007) |
| 10/04/2007 | 25 | MOTION for Release from Custody *Pending Sentencing* by DENNIS D. SHARP. (Green, Jeffrey) (Entered: 10/04/2007) |
| 10/09/2007 | 27 | RESPONSE by USA as to DENNIS D. SHARP re 25 DEFENDANT'S MOTION FOR RELEASE PENDING SENTENCING. (Pearlman, Jeffrey) Modified on 10/10/2007 (hsj, ). (Entered: 10/09/2007) |
| 10/09/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document #27 as to DENNIS D. SHARP was Modified to add correct name of document and counsel was instructed not to refile said pleading. (hsj, ) (Entered: 10/10/2007) |
| 10/11/2007 | 28 | NOTICE *of Intent to File Reply Brief* by DENNIS D. SHARP (Green, Jeffrey) (Entered: 10/11/2007) |
| 10/15/2007 | 29 | REPLY by DENNIS D. SHARP to 27 Government's Response to 25 Defendant's Motion for Release Pending Sentencing. (Green, Jeffrey) (Entered: 10/15/2007) |
| 10/23/2007 | 30 | MEMORANDUM OPINION as to DENNIS D. SHARP. Signed by Judge Colleen Kollar-Kotelly on 10/23/07. (dot, ) (Entered: 10/23/2007) |
| 10/23/2007 | 31 | ORDER denying 25 Motion for Release from Custody Pending Sentencing as to DENNIS D. SHARP (1). Signed by Judge Colleen Kollar-Kotelly on 10/23/07. (dot, ) (Entered: 10/23/2007) |
| 01/03/2008 | 32 | SENTENCING MEMORANDUM by USA as to DENNIS D. SHARP (Pearlman, Jeffrey) (Entered: 01/03/2008) |
| 01/04/2008 | 33 | Position of Dennis Sharp With Respect to Sentencing by DENNIS D. SHARP. (Green, Jeffrey) Modified on 1/7/2008 (hsj, ). (Entered: 01/04/2008) |
| 01/04/2008 | | NOTICE OF CORRECTED DOCKET ENTRY: Document 33 as to DENNIS D. SHARP was Modified to add correct name of document entry and counsel was instructed not to refile said pleading. (hsj, ) (Entered: 01/07/2008) |
| 01/07/2008 | 34 | AMENDED MEMORANDUM IN SUPPORT OF SENTENCING by DENNIS D. SHARP (Green, Jeffrey) Modified on 1/7/2008 (hsj, ). (Entered: 01/07/2008) |
| 01/14/2008 | | NOTICE OF CORRECTED DOCKET ENTRY: Document 26 as to DENNIS D. SHARP was placed under seal until further order of the Court, per order of Judge Colleen Kollar-Kotelly on 1/14/08. (hsj, ) (Entered: 01/14/2008) |
| 01/14/2008 | 35 | ORDER as to DENNIS D. SHARP. That Defendant's 26 Supplement to Motion for Release Pending Sentence shall be placed under seal until further Order of the Court. Signed by Judge Colleen Kollar-Kotelly on 1/14/08. (hsj, ) (Entered: 01/14/2008) |
| 01/18/2008 | | Minute Entry for proceedings held before Judge Colleen Kollar-Kotelly: |

| | | |
|---|---|---|
| | | Status Conference as to DENNIS D. SHARP held on 1/18/2008. Sentencing begun and continued to 3/6/2008 09:00 AM in Courtroom 28A before Judge Colleen Kollar-Kotelly. (Bond Status of Defendant: Defendant Committed/Commitment Issued) (Court Reporter: Lisa Hand) (Defense Attorney: Ian Friedman; US Attorney: Jeffrey Pearlman; Prob Officer: Michael Penders) (hsj, ) (Entered: 01/24/2008) |
| 01/18/2008 | 36 | Receipt and Acknowledgment of Presentence Investigation Report by DENNIS D. SHARP. (hsj, ) (Entered: 01/25/2008) |
| 01/18/2008 | 37 | Receipt and Acknowledgment of Presentence Investigation Report by USA as to DENNIS D. SHARP. (hsj, ) (Entered: 01/25/2008) |
| 02/25/2008 | | MINUTE ORDER as to DENNIS D. SHARP: Defendant shall file a Response to the Government's Memorandum Submitting Certified Transcript in Lieu of Live Testimony in Support of Victim Impact Statement on or before close of business on February 29, 2008. Defendant's Response shall include, inter alia, a response to footnote 2 in the Government's Memorandum, clarifying whether Defendant contest the number or identification of the forty-seven victims in this case, and specifically whether Defendant disputes that he possessed images associated with the Victim Impact Statement at issue, and/or the method by which victims may present their victim impact statements to the Court. If Defendant intends to argue that live testimony is needed in lieu of testimony under oath, Defendant shall proffer what area of inquiry he would pursue or areas he would contest. Signed by Judge Colleen Kollar-Kotelly on 2/25/08. (dot, ) (Entered: 02/26/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/28/2008 13:08:53 | | | |
| PACER Login: | if0081 | Client Code: | sharp |
| Description: | Docket Report | Search Criteria: | 1:07-cr-00231-CKK |
| Billable Pages: | 5 | Cost: | 0.40 |

**Ian N. Friedman**

| | |
|---|---|
| **From:** | Pearlman, Jeffrey (USADC) [Jeffrey.Pearlman@usdoj.gov] |
| **Sent:** | Thursday, February 28, 2008 4:16 PM |
| **To:** | Ian N. Friedman |
| **Subject:** | Emailing: Victim Sentencing Motion 020708.wpd |
| **Attachments:** | Victim Sentencing Motion 020708.wpd |

```
<<Victim Sentencing Motion 020708.wpd>> The message is ready to be sent with the following
file or link attachments:

Victim Sentencing Motion 020708.wpd


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving
certain types of file attachments.  Check your e-mail security settings to determine how
attachments are handled.
```



1