IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 07-CR-00231 |
| | ) | |
| Plaintiff, | ) | JUDGE COLLEEN KOLLAR-KOTELLY |
| | ) | |
| vs. | ) | |
| | ) | |
| DENNIS D. SHARP, | ) | **NOTICE OF PROPOSED RESOLUTION** |
| | ) | |
| Defendant. | ) | |

Now comes the Defendant, Dennis D. Sharp, by and through the undersigned counsel, Ian N. Friedman & Associates, L.L.C., and local counsel, Jeffrey T. Green, Esq., and hereby gives Notice to this Honorable Court that a resolution has been reached regarding the evidentiary dispute stemming from the proposed introduction of the victim impact statement. Specifically, AUSA Pearlman and the undersigned have agreed that the proposed victim impact statement can be introduced in its current form so long as the government can demonstrate that the purported images referenced in the victim statements were located on Mr. Sharp's computer and/or data storage device(s).

For purposes of this case, the parties have come to an agreement that said connection can be established by way of an affidavit from the National Center for Missing and Exploited Children and testimony and/or a report to establish that the images pertaining to this specific victim were located on Mr. Sharp's computer and/or data storage device(s)[1]. Based upon the representations of this agreement, Mr. Sharp's Reply Brief is hereby moot.

---

[1] AUSA Pearlman has requested that this Notice reflect the fact that government compliance is contingent upon timely cooperation by the National Center for Missing and Exploited Children.

*1*

Respectfully submitted,

___/s/ Ian N. Friedman_____
IAN N. FRIEDMAN (0068630)
Lead Counsel for Defendant
Ian N. Friedman & Associates, LLC
1304 West 6th Street
Cleveland, OH 44113
(216) 928-7700
ifriedman@inflaw.com


___/s/ Jeffrey T. Green_____
Jeffrey T. Green (426747)
Local Counsel
Sidley Austin LLP
1501 K Street NW
Washington, D.C. 20005-1401
(202) 736-8291
jgreen@sidley.com


**CERTIFICATE OF SERVICE**

A copy of the foregoing Motion to Continue has been served this 7th day of March, 2008, to Jeffrey Pearlman, Esq., Office of the United States Attorney, 555 Fourth Street, NW, Room 10-447, Washington, D.C. 20530.


___/s/ Ian N. Friedman_____
IAN N. FRIEDMAN
Lead Counsel for Defendant



___/s/ Jeffrey T. Green_____
JEFFREY T. GREEN
Local Counsel for Defendant