**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-231(CKK)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **DENNIS D. SHARP** | : | |

### NOTICE OF APPEARANCE

The United States of America , by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that this case is assigned to Assistant United States Attorney PATRICIA STEWART, Patricia.Stewart@usdoj.gov and this notice is notice of her appearance as co-counsel with Assistant United States Attorney Jeffrey Pearlman in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


                     /s/
BY:   PATRICIA STEWART
      Assistant United States Attorney
      D.C. Bar No. 358910
      5554th Street, N.W. Room 4247
      Washington, D.C. 20530
      (202) 514-7064
      Patricia.Stewart@usdoj.gov