UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 07-231(CKK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **DENNIS D. SHARP** | : | |

## NOTICE OF FILING

The United States of America , by and through its attorney, the United States Attorney for the District of Columbia notes the filing of the following document in this case: Affidavit of John Marsh. The government further notes that it is filing the affidavits of Special Agent Thomas McGrath and of Detective Roy Shepherd under seal pursuant to 18 U.S.C. § 3509.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


BY:    /s/
       PATRICIA STEWART
       Assistant United States Attorney
       D.C. Bar No. 358910
       5554th Street, N.W. Room 4247
       Washington, D.C. 20530
       (202) 514-7064
       Patricia.Stewart@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 07-231 (CKK) |
| | : | |
| DENNIS SHARP, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**AFFIDAVIT**

I, John Marsh, affiant, do hereby state as follows:

1.     I am a Criminal Investigator for the Criminal Investigation Unit of the United States Attorney's Office for the District of Columbia. I have been employed as a Criminal Investigator of the United States Attorney's Office, since September 2003, and have approximately 20 years law enforcement experience including reaching the rank of Detective Sergeant with the United States Park Police. I have experience in vice-related investigations and have participated in over 2000 arrests. I have gained expertise in the conduct of computer-based crime investigations through formal training and on-the-job training with more experienced agents. I have been involved in investigations of violent crime, white collar crime, cyber-crime, including online enticement of minors, and child pornography. I have gained experience conducting such investigations through training and everyday work related to these investigations.

2.     On 7-18-07, I participated in the execution of a search warrant at the residence of Dennis Sharp, the defendant in this case, and assisted with the recovery of his computer, a Gateway Laptop computer, model 4028, S/N N805371057885, along with a blue box which contained approximately 340 individual printed pages of images of child pornography.

-2-

3.  I processed the Gateway computer laptop by creating a digital image of its contents and conducted an analysis of the computer hard drive from the digital image. I located several files of suspected child pornography. I transferred these files to a DVD. They included the following files later identified as from the Jan_Feb series: 0022.jpg, 53.jpg, 94.jpg, tn18.jpg, and the following files later identified from the Vicky series: 8x.jpg and VICKY6~1.avi.

4.  I gave the DVD and 340 pages of hard copy images to U.S. Postal Inspection Service Inspector Jay Doyle on 7-27-07. Inspector Jay Doyle is one of the official agency representatives authorized to receive and maintain chain of custody on items of evidence processed by the NCMEC. Inspector Doyle transferred the DVD images and hard copies to NCMEC Staff Analyst Julie Raine for comparison to the NCMEC's Child Recognition and Identification System (CRIS) known files. Ms. Raine returned to me Report #23275, which included the contact information for the known victims of the Jan_Feb and Vicky series. I received a digital copy of the NCMEC report prepared by Ms. Raine and retrieved the items of evidence from Inspector Doyle.

5.  I contacted Detective FBI Special Agent Thomas McGrath regarding the "Jan_Feb" series and Richland, Washington, Police Detective Roy Shepherd regarding the "Vicky" series. I created a CD with images identified as having been from the "Jan_Feb" series including 0022.jpg, 53.jpg, 94.jpg, tn18.jpg, and sent it to Special Agent McGrath on March 11, 2008 via Federal Express. On the same date, I also created a CD with images identified as having been from the "Vicky" series including files 8x.jpg and VICKY6~1.avi, and sent it to Detective Shepherd via Federal Express.

-3-

I declare under penalty of perjury that the foregoing is true and correct.

*John Marsh*

John Marsh

Date: 3/12/08

Subscribed and sworn to before me this 12th day of March 2008
Washington, D.C. 20001.

*David A. Foster*

**David A. Foster**
**Notary of Public**
**District of Columbia**
**Commission Expires: May 14, 2011**